## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**THELMA WILLIAMS, JR**                                                          **PETITIONER**
*ADC #093197*

**V.**                              **CASE NO. 4:26-cv-00251-JM-JTK**

**DEXTER PAYNE**                                                                **RESPONDENT**

### JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED

and ADJUDGED that the petition for writ of habeas corpus is DISMISSED with prejudice.

IT IS SO ADJUDGED this 22nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE